IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 06-007 |
| THOMAS J. COUSAR | ) |
| CATHERINE L. BRADICA | ) |

ORDER

AND NOW this 19th day of February, 2008, it is ORDERED that Counts 5-15, 22-36, 38 and 39 are severed from the remaining counts of the above captioned indictment for the reasons set forth on the record on February 15, 2008.

It is FURTHER ORDERED that disposition of the remaining counts of the above captioned indictment shall be deferred until completion of proceedings, including sentencing, on Counts 5-15, 22-36, 38 and 39.

It is FURTHER ORDERED that the period of time resulting from this deferrment shall be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. 3161(8)(A), in computing the time within which the trial of the non-severed counts in this action must commence because the court concludes that the ends of justice served by granting this continuance outweigh the interests of the public and defendant in a speedy trial.

Gary L. Lancaster
United States District Judge