IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR 06-07 |
| | ) | |
| THOMAS COUSAR | ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 18th day of Dec, 2008, upon consideration of the within motion, it is hereby ORDERED, ADJUDGED & DECREED that the Defendant, Thomas Cousar, be and is hereby permitted to travel from Washington, D.C. to Boston Massachusetts and to New Boston, New Hampshire from December 23, 2008 through December 26, 2008. All of the conditions of release as previously set forth shall remain in full force and effect.

United States District Judge